IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA
for the use and benefit of
VOLTER ELECTRICAL
CONSTRUCTION CORP.,

      Plaintiff,

v.                                                          No. 2:17-cv-01270-GBW-KRS

THE HANOVER INSURANCE GROUP, INC.,
and LEC GROUP, INC.,

      Defendants.

## SCHEDULING ORDER

**THIS MATTER** comes before the Court following a telephonic Rule 16 scheduling conference held on May 21, 2018. At the hearing, the Court adopted the parties' proposed Joint Status Report and Provisional Discovery Plan as modified herein.

**IT IS, THEREFORE, ORDERED** that the parties shall adhere to the following discovery plan:

(a) Maximum of 10 interrogatories per party with responses due 30 days after service.

(b) Maximum of 15 requests for admission per party with responses due 30 days after service.

(c) The Court will not set a limit on the number of requests for production. In the event the number becomes unreasonable, the agrreived party may seek relief with the Court.

(d) Maximum of two (2) depositions per party not to exceed the durational limitation set by Federal Rule of Civil Procedure 30.

**IT IS FURTHER ORDERED** that the following case management deadlines shall govern:

(a) Deadline to resolve the case or serve Defendant LEC Group, Inc.: **July 31, 2018**;

(b) Deadline, *nunc pro tunc*, for Plaintiff to amend join other parties or amend pleadings pursuant to Federal Rule of Civil Procedure 15: **May 11, 2018**;

(c) Deadline for Defendants to amend join other parties or amend pleadings pursuant to Federal Rule of Civil Procedure 15: **May 25, 2018**;

(d) Plaintiff's expert-disclosure deadline: **August 3, 2018**;

(e) Defendant's expert-disclosure: **September 10, 2018**;

(f) Deadline for supplementing discovery/disclosures: **September 14, 2018**;

(g) Termination of discovery: **October 12, 2018**;

(h) Motions relating to discovery: **November 2, 2018**;

(i) All other motions, including dispositive and *Daubert* motions: **November, 16 2018**;

(j) Pretrial order: Plaintiff to Defendant by: **December 14, 2018**

Defendant to Court by: **December 21, 2018**.

**IT IS FURTHER ORDERED** that the Court must approve any changes to the timing or scope of discovery, except that the parties may agree at a deposition to extend that depostion. Requests by a party to change the timing or scope of discovery must be made by motion and before the termination of discovery or the expiration of any applicable deadline. Discovery must be completed on or before the termination of the discovery deadline. A written discovery request must be propounded by a date so that the response to that request shall be due on or before the discovery deadline. The parties are further reminded that the cutoff for motions related to

discovery does not relieve the party of the 21-day time period under Local Rule 26.6 to challenge a party's objections to answering discovery. The parties are encouraged to review Federal Rule of Procedure 26(a)(2) to ensure they properly disclose *all* testifying witnesses, not just those for whom a report is required.

                                                                                          _____
                                                                                           KEVIN R. SWEAZEA
                                                                                           UNITED STATES MAGISTRATE JUDGE